*Thursday, November 19, 1992*

## MOTION DOCKET

**92-2252.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, No. 91–1648–TP–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied. MOYER, C.J., and RESNICK, J., not participating.

*Friday, November 20, 1992*

## MOTION DOCKET

**91-2273.** Lawyers Co–Operative Pub. Co. v. Muething. *Hamilton County,* No. C–900582. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellee's motion to consider as additional authority, for his Propositions of Law, the case of *Vandemark v. Southland Corp.* (1988), 38 Ohio St.3d 1, 525 N.E.2d 1374,

IT IS ORDERED by the court that said motion to consider additional authority be, and the same is hereby, granted.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**92-2032.** Interam. Trade Corp. v. Phillips. *Montgomery County,* Nos. CA 13664 and CA 13677. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellees' motion for injunctive relief,

IT IS ORDERED by the court that said motion for injunctive relief be, and the same is hereby, denied.

WRIGHT, J., would dissolve the stay of October 21, 1992.

H. BROWN, J., would amend the stay so new disputes can be heard.

**92-2306.** Blackburn v. Tudor. *Scioto County,* No. 2021. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Scioto County to certify its record. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied. SWEENEY and HOLMES, JJ., dissent.